Howard B. Frank
Attorney at Law
136 Redwood Street
San Diego, CA 92103
(619) 574-1888
California State Bar No: 42233
E-mail: hbfandjm@aol.com

Attorney for Defendant
Jorge Jacobo-Munguia

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Barry Ted Moskowitz)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 08-CR-1778-BTM |
| | ) | |
| Plaintiff, | ) | |
| | ) | JOINT MOTION FOR ORDER TO |
| v. | ) | CONTINUE MOTION HEARING |
| | ) | |
| JORGE JACOBO-MUNGUIA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     Good cause appearing, IT IS HEREBY AGREED BETWEEN THE PARTIES, Howard B. Frank, counsel for Mr. Jacobo-Munguia, along with Assistant United States Attorney Karla Bressler, that the motion hearing set for August 15, 2008 at 2:00 p.m. be continued until August 29, 2008 at 2:00 p.m.

Dated: August 12, 2008
                                        s/ Howard B. Frank
                                        Howard B. Frank
                                        Attorney for Defendant
                                        Jorge Jacobo-Munguia

Dated: August 13, 2008

                                        s/ Karla Bressler
                                        Karla Bressler
                                        Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon by the following method:

(X)  **CM/ECF FILING**.

Karla Bressler
U.S. Attorneys Office Southern District of California
880 Front Street, Room 6293
San Diego, CA 92101

Dated: August 13, 2008

                                               s/ Howard B. Frank
                                               Howard B. Frank
                                               Attorney for Defendant
                                               Jorge Jacobo-Munguis