UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY TED MOSKOWITZ)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-1778-BTM |
| Plaintiff, | ) | |
| | ) | ORDER TO CONTINUE |
| v. | ) | MOTION HEARING |
| JORGE JACOBO-MUNGUIA, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED**, that for good cause, the motion hearing in the above-mentioned case, currently set for August 15, 2008 at 2:00 p.m. be continued until August 29, 2008 at 2:00 p.m.

**SO ORDERED.**

DATED: August 13, 2008

*[signature]*

Honorable Barry Ted Moskowitz
United States District Judge